**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FRANCO NAVARRO, | Case No. 2:26-cv-01459-MCS-DSR |
| Petitioner, | **JUDGMENT** |
| v. | |
| B. BIRKHOLZ, | |
| Respondent. | |

1

Pursuant to the Court's Order Re: Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order or Preliminary Injunction, it is ordered, adjudged, and decreed that the petition is granted. Pursuant to 18 U.S.C. § 3632(d)(4)(C), Respondent shall (a) immediately calculate and apply Petitioner's earned time credits to date so as to ascertain his applicable release date, (b) thereafter release Petitioner on that release date pursuant to an appropriate placement within the discretion of the Bureau of Prisons, whether prerelease custody or supervised release, and (c) if that release date already has passed, release Petitioner within 14 days to either prerelease custody or supervised release, with the appropriate placement to be determined by the Bureau of Prisons. Respondent shall file a report within 21 days of entry of this Judgment stating whether Petitioner has been released to prerelease custody or supervised release.

**IT IS SO ORDERED.**

Dated: April 14, 2026

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc:  BOP

2