UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FRANCO NAVARRO,<br><br>Petitioner,<br><br>v.<br><br>B. BIRKHOLZ,<br><br>Respondent. | Case No. 2:26-cv-01459-MCS-DSR<br><br>**AMENDED JUDGMENT** |

1

Pursuant to the Court's Order Re: Postjudgment Filings, the Court hereby amends its judgment as follows: It is ordered, adjudged, and decreed that the petition is granted. Pursuant to 18 U.S.C. § 3632(d)(4)(C), Respondent shall immediately transfer Petitioner to either prerelease custody or supervised release, with the appropriate placement to be determined by the Bureau of Prisons.

**IT IS SO ORDERED.**

Dated: May 27, 2026

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE